IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RASTRICK THOMAS, INDIVIDUALLY AND AS NEXR FRIEND OF A.R.T. AND A.R.T.2, MINORS,<br><br>*Plaintiff,*<br><br>vs.<br><br>SMOKE SHACK BBQ, SOUTHERN KITCHEN, THE PARADIES SHOPS LLC, CHRIS CONGER, JENNIFER BRYAN, CONGER GROUP LLC,<br><br>*Defendants.* | §§§§§§§§§§§§§§§ | SA-23-CV-00130-DAE |

## **ORDER**

Before the Court in the above-styled cause of action is Plaintiffs' Opposed Motion to Compel Initial Disclosures Against Defendants Pursuant to Rule 26(a) [#34], which was referred to the undersigned for disposition. By his motion, Plaintiff asks the Court to compel Defendants to disclose copies of all insurance policies under which his claims may be covered and provide him with reasonable dates to inspect the policy documents. On this day, the Court held a hearing on the motion via videoconference, at which counsel for all parties appeared. At the hearing, Defendants agreed to produce copies of all insurance policies relevant to the remaining claims in this suit by August 30, 2023. The Court will therefore dismiss the motion and order the agreed disclosure.

**IT IS HEREBY ORDERED** that Defendants produce copies of all insurance policies relevant to the remaining claims by **August 30, 2023**.

**IT IS FURTHER ORDERED** that Plaintiffs' Opposed Motion to Compel Initial Disclosures Against Defendants Pursuant to Rule 26(a) [#34] is **DISMISSED AS MOOT**.

SIGNED this 16th day of August, 2023.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE